**Motion Granted; Order filed August 13, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00166-CV
_____

**HARRIS COUNTY SPORTS & CONVENTION CORPORATION, Appellant**

**V.**

**NICOLE FINLAN CUOMO, Appellee**

---

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2014-35933**

---

## ORDER

Harris County Sports and Convention Corporation (HCSCC) filed a notice of appeal from the trial court's order signed February 18, 2019. Following HCSCC's notice of appeal the trial court signed another order, on March 7, 2019, in which the court granted HCSCC's motion to dismiss. On May 14, 2019, appellee Nicole Finlan Cuomo filed a notice of appeal challenging the trial court's March 7, 2019 order. The complete record was March 13, 2019. HCSCC filed its opening brief May 3, 2019. Cuomo filed an unopposed motion for a briefing schedule. The motion is

granted. Accordingly, we order the following:

- Cuomo's combined appellee's brief and cross-appellant's brief shall be due September 16, 2019;

- HCSCC's combined appellant's reply brief and cross-appellee's response brief shall be due 30 days after Cuomo's combined appellee's brief and cross-appellant's brief is filed;

- Cuomo's cross-appellant's reply brief shall be due 30 days after HCSCC's combined appellant's reply brief and cross-appellee's response brief is filed.

It is so ORDERED.

PER CURIAM